IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANTHONY MENNA,

Plaintiff,

v.

Case: 8:15-cv-00812-EAK-TBM

UNITED BEHAVIORAL HEALTH, INC.,

Defendant,

_____/

## MEDIATION RESULTS REPORT

Pursuant to Stipulation/Order a mediation conference was held on, December 15, 2015.

Pursuant to the Stipulation/Order:

( X ) Plaintiff/Petitioner Appeared

( X ) Defendant/Respondent Appeared

(   ) Defendant/Respondent Appeared

PLAINTIFF'S ATTORNEY/FIRM:
**John V. Tucker, Esq.**
**Amy Ray, Esq.**
Tucker & Ludin, P.A.
5235 16th St. North
St. Petersburg, FL 33703

DEFENDANT'S ATTORNEY/FIRM:
**Jeannine C. Jacobson, Esq.**
Sedgwick, LLP
2400 E. Commercial Blvd., Suite 1100
Ft. Lauderdale, FL 33308

**Michael H. Bernstein, Esq.** *pro hac vice*
Sedgwick, LLP
225 Liberty St., 28th Floor
New York, NY 10281

MEDIATOR:
**Jack L. Townsend, Sr., Mediator**
6408 E. Fowler Avenue
Tampa, FL 33617

RESULTS: *(Mediation Results Report will be filed electronically if possible)*

( X )   Full Settlement Agreement
(   )   Partial Settlement Agreement
(   )   No Settlement Agreement
(   )   Continued (Date) _____

LENGTH OF MEDIATION CONFERENCE: _____4.00_____ Hours

_____
Jack L. Townsend, Sr., Mediator